# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00496-CR

**Christopher Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. 571-710, HONORABLE MIKE DENTON, JUDGE PRESIDING

**PER CURIAM**

This is an appeal from a judgment of conviction for assault. Sentence was imposed on June 18, 2001. There was no motion for new trial. The deadline for perfecting appeal was therefore July 18, 2001. Tex. R. App. P. 26.2(a)(1).

Notice of appeal was filed on August 28, 2001. On the same date, a motion for extension of time for filing notice of appeal was filed in the trial court. This motion was both untimely and filed in the wrong court. Tex. R. App. P. 26.3. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). If appellant believes that he has been unlawfully deprived of his right to appeal, he may seek relief by writ of habeas corpus.

The appeal is dismissed.

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: October 4, 2001

Do Not Publish